**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE NO: |
| **CANDIAS BOYER** | **22-11427-JDW** |
| **21317 HWY 5** | |
| **MICHIGAN CITY, MS 38647** | |

**NOTICE TO DEBTOR**

NOTICE is hereby given that your plan payment will change from **$1,794.50 MONTHLY** to **$1,848.50 MONTHLY** effective in **11/2022**. The previous plan payment of **$1,794.50 MONTHLY** will be due for **10/2022.**

The reason for the changes in your plan payment is:

____ Due to a change in your monthly mortgage payment.

____ Due to a claim being filed for a different amount than scheduled.

____ Due to entry of an order.

_XX_ Other: ___Per Amended Plan Filed 9/20/22._____

**If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

**If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

**If you are paying direct**, please be aware that the Trustee does not accept personal checks. You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date: September 23, 2022

Sincerely,

/s/Locke D. Barkley
Chapter 13 Trustee

CC: SCHNELLER AND LOMENICK, P.A.
PO BOX 417
HOLLY SPRINGS, MS 38635

## CERTIFICATE OF SERVICE

      I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date: September 23, 2022

                                                            /s/ Locke D. Barkley
                                                            LOCKE D. BARKLEY
                                                            CHAPTER 13 TRUSTEE